SEND



FILED
MAY 28 2003

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Robert Battista | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 00-10748 GAF (AJWx) |
| v. | |
| Theracom, Inc. | NOTICE RE INTRA-DISTRICT TRANSFER BY CLERK OF COURT |
| DEFENDANT(S). | |

TO: ALL PARTIES/COUNSEL OF RECORD:

The case referred to above has been reassigned to the:
☐ Western Division   ☒ Southern Division   ☐ Eastern Division

District Court by virtue of _Order of the Chief Judge # 03-123_
filed __5/27/03__.

This case has been reassigned to case number SACV 03-863 CJC (AJWx) and assigned to Judge _Cormac J. Carney_ for all further proceedings. Any discovery matters that are or may be referred to a magistrate judge are hereby referred to Magistrate Judge _Andrew J. Wistrich_. All documents subsequently filed in this case must reflect the new case number, Judge and Magistrate Judge initials: SACV 03-863 CJC (AJWx).

Subsequent documents must be filed at the following location:

☒ Western Division          ☐ Southern Division              ☐ Eastern Division
312 N. Spring Street, G-8   411 West Fourth St., Ste 1053    3470 Twelfth Street, Room 134
Los Angeles, CA 90012       Santa Ana, CA 92701-4516         Riverside, CA 92501

*Failure to file at the proper location will result in your documents being returned to you.*

Clerk, U. S. District Court

By: ____Robert R. Nadres____
Deputy Clerk

Orig to Case File
cc: Previously Assigned Judge      Newly Assigned Magistrate Judge    Case Assignment Administrator
    Newly Assigned Judge           Deputy-In-Charge                   Statistics Clerk
    Previously Assigned Magistrate Judge                              Counsel of Record

NOTICE RE INTRA-DISTRICT TRANSFER BY CLERK OF COURT
CV-3 (03/02)

ENTERED ON ICMS 5/28/03